## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FICOR ACQUISITION CO., LLC, d/b/a MILLS   )
GREER SPORTING GOODS, RICHARD   )
CAPLAN, MARIA PILAR SALGADO, PAULA   )
NARDELLA, NANCY WOLFE, LESLIE MARCH,   )
TOM HOBBS, ANDREW MARCUS, and   )
VIRGINIA DEERING, on their own behalves and   )
on behalf of all others similarly situated,   )     C. A. No. 05-515-JJF
  )
      Plaintiffs,   )
  )
   v.   )
  )
INTEL CORPORATION, a Delaware Corporation,   )
  )
      Defendant.   )

### STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE
### FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH
THEIR COUNSEL AS FOLLOWS:

Plaintiffs Ficor Acquisition Co., LLC, d/b/a/ Mills & Greer Sporting
Goods, Richard Caplan, Maria Pilar Salgado, Paula Nardella, Nancy Wolfe, Leslie
March, Tom Hobbs, Andrew Marcus and Virginia Deering, and Defendant Intel
Corporation hereby stipulate that Intel Corporation's response to Plaintiffs' complaint
shall be due either (1) the earlier of 60 days after transfer of the above-captioned case
pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. §
1407 or such time for response that the transferee Court may require for any action made
part of the same MDL, or, (2) 45 days after any such motion has been denied. The
parties request this transfer because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C
05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to

coordinate or consolidate pre-trial proceedings per 28 U.S.C. § 1407, and the above-styled action has been identified as a related action to that petition. As a result, the outcome of the pending petition will impact significantly the schedule of this case.

This is the first stipulation between the parties. Because this litigation has just begun, granting such a stipulation will not have any negative impact on the schedule of this case.

CHIMICLES & TIKELLIS LLP

By: _/s/ A. Zachary Naylor_
Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19999
Telephone: (302) 656-2500
Facsimile: (302) 656-9053
pamelatikellis@chimicles.com
robertkriner@chinicles.com
zacharynaylor@chimicles.com

Attorneys for Plaintiffs
FICOR ACQUISTION CO., LLC, d/b/a
MILLS & GREER SPORTING GOODS,
RICHARD CAPLAN, MARIA PILAR
SALGADO, PAULA NARDELLA,
NANCY WOLFE, LESLIE MARCH,
TOM HOBBS, ANDREW MARCUS,
and VIRGINIA DEERING

Dated: July 28, 2005

POTTER ANDERSON & CORROON LLP

By: _/s/ Richard L . Horwitz_
Richard Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
Phone: (302) 984-6000
Facsimile: (302) 658-1192
rhorwitz@potteranderson.com
wdrane@potteranderson.com

OF COUNSEL:

David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Richard A. Ripley
BINGHAM McCUTCHEN LLP
1120 20th Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 778-6101
Facsimile: (202) 393-6929

Attorneys for Defendant
INTEL CORPORATION

692324

2

## ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiffs' complaint shall be due either (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL, or, (2) 45 days after any such motion has been denied.

Dated: _____, 2005

_____
Joseph J. Farnan, Jr., U.S.D.J.