# Chimicles & Tikellis LLP

ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
M. Katherine Meermans
Candice L.H. Hegedus
Joseph G. Sauder
Kimberly M. Donaldson
Daniel B. Scott
Fatema E.F. Burkey
Robert R. Davis *
Kimberly M. Litman
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin

*Attorneys admitted to
practice in Delaware

August 25, 2005

**BY HAND DELIVERY & ELECTRONIC FILING**

The Honorable Judge Joseph J. Farnan, Jr.
U.S. District Court of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

Re:  **Ficor Acquisition Co., LLC d/b/a Mills & Greer Sporting Goods, et.al., v. Intel Corp., C.A. No. 05-515-JJF**

Dear Judge Farnan:

Please be advised that the law firm of Mager White and Goldstein, LLP listed on the Complaint as counsel affiliated with my firm in this action no longer exists and is no longer counsel in this matter. A new law firm, Mager & Goldstein LLP, has become affiliated with my firm in the above action as counsel for Plaintiffs Leslie March and Virginia Deering.

I am available at the Court's convenience if Your Honor has any questions concerning this matter.

Respectfully,

A. Zachary Naylor (#4439)

AZN/ald

cc: Clerk of the Court (by electronic filing)
    Richard L. Horwitz, Esquire (by facsimile)
    Michael D. Gottsch, Esquire (by facsimile)
    Jayne A. Goldstein, Esquire (by facsimile)
    Fred T. Isquith, Esquire, (by facsimile)

HAVERFORD OFFICE

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633