IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FICOR ACQUISITION CO., LLC, d/b/a MILLS & GREER SPORTING GOODS, RICHARD CAPLAN, MARIA PILAR SALGADO, PAULA NARDELLA, NANCY WOLFE, LESLIE MARCH, TOM HOBBS, ANDREW MARCUS, and VIRGINIA DEERING, on their own behalves and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>INTEL CORPORATION, A DELAWARE CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 1:05-cv-00515-JJF |

## SUBSTITUTION OF COUNSEL

TO:　Clerk of the Court
　　　District Court of Delaware
　　　800 N. King Street
　　　Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of A. Zachary Naylor, Esquire, as attorney for the Plaintiffs and **PLEASE ENTER** the appearance of Robert D. Goldberg, Esquire, as attorney for the Plaintiffs.

**CHIMICLES & TIKELLIS LLP**　　　　　　　　　　**BIGGS & BATTAGLIA**


 /s/ A. Zachary Naylor　　　　　　　　　　　　 /s/ Robert D. Goldberg
A. Zachary Naylor (I.D. No. 4439)　　　　　　Robert D. Goldberg (I.D. No. 631)
Chimicles & Tikellis LLP　　　　　　　　　　　Biggs and Battaglia
One Rodney Square　　　　　　　　　　　　　　921 N. Orange Street
P.O. Box 1035　　　　　　　　　　　　　　　　 P.O. Box 1489
Wilmington, DE 19899　　　　　　　　　　　　 Wilmington, DE 19899
(302) 656-2500　　　　　　　　　　　　　　　　(302) 655-9677

DATED: January 18, 2006　　　　　　　　　　　DATED: January 18, 2006

## CERTIFICATE OF SERVICE

I, Robert D. Goldberg, undersigned counsel of record, hereby certify that on January 18, 2006, I caused a copy of the Substitution of Counsel to be served on the following in the manner indicated:

## VIA ELECTRONIC FILING

A. Zachary Naylor
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19801

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

  /s/ Robert D. Goldberg
Robert D. Goldberg (I.D. #631)

P:\Users\Meme\RDG\EFilings\Intel\Substitution of Counsel - Ficor.doc